IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01128-EWN-BNB

OLEA MCCALL, a Colorado resident,
GARY MCCALL, a Colorado resident,
TAMMY MCCALL, a Colorado resident, and
LILLY MCCALL, a Colorado resident,

Plaintiffs,

v.

SKYLAND GRAIN, LLC, a Kansas limited liability company,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Leave to File First Amended Complaint** [docket no. 9, filed July 18, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for the filing the attached First Amended Complaint and Jury Demand. Defendant has ten (10) days to answer or respond.

DATED: July 23, 2008