IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01128-EWN-BNB

OLEA MCCALL, a Colorado resident,
GARY MCCALL, a Colorado resident,
TAMMY MCCALL, a Colorado resident, and
LILLY MCCALL, a Colorado resident,

Plaintiffs,

v.

SKYLAND GRAIN, LLC, a Kansas limited liability company,

Defendant.

---

## ORDER
---

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall submit a revised proposed scheduling order by **August 5, 2008**, modified as discussed on the record this morning.

IT IS FURTHER ORDERED that the case is set for a supplemental scheduling conference on **August 7, 2008, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated July 30, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge