IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01128-PAB-BNB

OLEA MCCALL, a Colorado resident,
GARY MCCALL, a Colorado resident,
TAMMY MCCALL, a Colorado resident, and
LILLY MCCALL, a Colorado resident,

Plaintiffs,

v.

SKYLAND GRAIN, LLC, a Kansas limited liability company,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Modify Revised Scheduling Order** [docket no. 31, filed November 12, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The discovery cut-off is extended to and including **February 6, 2009**, and the deadline for filing dispositive motions is extended to and including **March 6, 2009**.


DATED: November 14, 2008