IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-01128-PAB-BNB | Date: January 13, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

OLEA McCALL,                                                   Dennis Bartlett
a Colorado Resident
GARY McCALL,
a Colorado Resident
TAMMY McCall, and
a Colorado Resident
LILLY McCall,
a Colorado Resident

           Plaintiff(s),

v.

SKYLAND GRAIN LLC,                              Darin Lang
a Kansas Limited Liability Company          Lance Eberhart

           Defendant(s).

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:     3:27 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

Examination of the plaintiff Olea McCall by Mr. Bartlett.

Plaintiffs' exhibits 1 and 2 offered and accepted.

Examination of Justin Ochs and James Daniel by Mr Lang.

**ORDERED:** Plaintiffs' motion to bar certain test results and to strike or limit the opinion testimony of defendant's expert James Daniel filed 12/23/08; Doc 39 is taken under advisement as stated on the record.

**ORDERED:** Plaintiffs' motion to compel filed 12/19/08; Doc 36 is taken under advisement as stated on the record.

**ORDERED:** Discovery deadlines are extended as follows:
**Discovery cut-off: April 17, 2009**
**Dispositive motion deadline: May 1, 2009**
**The Final Pretrial Conference set for April 6, 2009 is vacated and will be reset.**

Court in Recess     5:04 p.m..     Hearing concluded.     Total time in Court:     01:37

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.