IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01128-PAB-BNB

OLEA MCCALL, a Colorado resident,
GARY MCCALL, a Colorado resident,
TAMMY MCCALL, a Colorado resident, and
LILLY MCCALL, a Colorado resident,

Plaintiffs,

v.

SKYLAND GRAIN, LLC, a Kansas limited liability company,

Defendant.

_____

**ORDER**
_____

At the request of the parties:

IT IS ORDERED that the case schedule is modified to the following extent:

    Discovery Cut-Off: **April 17, 2009**

    (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

    Dispositive Motions Deadline: **May 1, 2009**

    Final Pretrial Conference: The final pretrial conference set for April 6, 2009, at 9:00 a.m., is VACATED and RESET to **June 15, 2009, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **June 8, 2009**.

Dated January 14, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge