IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01128-PAB-BNB

OLEA MCCALL, a Colorado resident,
GARY MCCALL, a Colorado resident,
TAMMY MCCALL, a Colorado resident, and
LILLY MCCALL, a Colorado resident,

Plaintiffs,

v.

SKYLAND GRAIN, LLC, a Kansas limited liability company,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Amended Joint Motion to Extend Discovery Cutoff** [docket no. 51, filed April 3, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended through and including **May 1, 2009**, solely for the purposes of the taking of the depositions of plaintiffs' and defendant's liability experts.

DATED:  April 7, 2009