IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No. 08-cv-01128-PAB-BNB          Date:   May 29, 2009
Courtroom Deputy: Kathleen Finney              FTR BNB COURTROOM A-401

OLEA MCCALL,                                   Dennis J. Bartlett
a Colorado Resident
GARY MCCALL,
a Colorado Resident
TAMMY MCCALL, and
a Colorado Resident
LILLY MCCALL,
a Colorado Resident

    **Plaintiffs,**

v.

SKYLAND GRAIN, LLC,                            Darin J. Lang
a Kansas Limited Liability Company

    **Defendant**.

**COURTROOM MINUTES**

**HEARING:  MOTIONS  HEARING**
**Court in Session: 8:21 a.m.**     Appearance of counsel.

Motion Hearing is scheduled regarding Plaintiffs' Motion to Reopen Discovery to Complete Deposition of Glen Teels  [Docket No. 56, filed 5/15/2009].

Opening comments by the Court.

Argument presented.

Plaintiff's Exhibit conventionally filed.

**ORDERED:**   Plaintiff's Motion to Reopen Discovery to Complete Deposition of Glen Teels [Doc. #56] is **GRANTED**, for reasons stated on the record.

Plaintiffs' inquiry during Mr. Teels' deposition shall be limited to not more than 2 hours.

**ORDERED:**  Defendant's oral Motion to Limit the Deposition Questioning to Information Not Available to Plaintiffs During His First Deposition is **DENIED**

**ORDERED:**  The Deposition of Mr. Teels shall be completed **on or before JUNE 30, 2009.**

**ORDERED:**  Final Pretrial Conference shall be **reset to JULY 14, 2009 at 1:30 p.m.**  A proposed Pretrial Order shall be submitted on or before July 10, 2009.

**ORDERED:**  Defendant's oral Motion for Costs and Fees Regarding the Additional Deposition Time is **DENIED**, for reasons stated on the record.

**Court in Recess: 8:54 a.m.**          Hearing concluded.          Total time in Court:00:33

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.