IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01128-PAB-BNB

OLEA MCCALL, a Colorado resident,
GARY MCCALL, a Colorado resident,
TAMMY MCCALL, a Colorado resident, and
LILLY MCCALL, a Colorado resident,

Plaintiffs,

v.

SKYLAND GRAIN, LLC, a Kansas limited liability company,

Defendant.

---

**ORDER**

---

This matter is before me on plaintiffs' **Motion to Reopen Discovery to Complete Deposition of Glen Teels** [Doc. # 56, filed 5/15/2009] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED, and discovery is reopened to and including **June 30, 2009**, solely to allow for the completion of the deposition of Glen Teels.

IT IS FURTHER ORDERED that the reopened interrogation of Mr. Teel's shall not exceed two hours.

IT IS FURTHER ORDERED that the final pretrial conference set for June 15, 2009, at 9:00 a.m., is VACATED and RESET to **July 14, 2009, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed final pretrial order and submit it to the court on or before **July 10, 2009**.

Dated May 29, 2009.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge