IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01128-PAB-BNB

OLEA MCCALL,
GARY MCCALL,
TAMMY MCCALL, and
LILLY MCCALL,

     Plaintiffs,

v.

SKYLAND GRAIN LLC, a Kansas limited liability company,

     Defendant.
_____

**ORDER SETTING CASE FOR TRIAL**
_____

     This matter has been scheduled for a five-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **August 9, 2010 at 8:00 a.m.**

     A Trial Preparation Conference is set for **July 23, 2010 at 8:30 a.m.** Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

     The parties shall be prepared to address the following issues at the Trial Preparation Conference:

     1)    jury selection;

     2)    sequestration of witnesses;

     3)    timing of presentation of witnesses and evidence;

     4)    anticipated evidentiary issues;

5)	any stipulations as to fact or law; and

6)	any other issue affecting the duration or course of the trial.

DATED August 19, 2009.

                                                BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge