# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: May 10, 2010 |
| Court Reporter: Janet Coppock | Time: one hour and 8 minutes |

**CASE NO. 08-cv-01128-PAB-BNB**

| Parties | Counsel |
|---|---|
| **OLEA MCCALL,** | Dennis Bartlett |
| **GARY MCCALL,** | Kristen Anderson |
| **TAMMY MCCALL, and** | |
| **LILLY MCCALL,** | |
| Plaintiff (s), | |
| vs. | |
| **SKYLAND GRAIN, LLC,** | Darin Lang |
| | Jeanne Lynch |
| Defendant (s). | |

## ORAL ARGUMENT

**1:34 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

Defendant's Motion to Strike Plaintiffs' Expert Bradley Walker Pursuant to F.R.E. 702 (Doc #79), filed 11/13/09.

**1:35 p.m.**  Argument by Mr. Lang.  Questions by the Court.

**2:09 p.m.**  Argument by Mr. Bartlett.  Questions by the Court.

**2:38 p.m.**  Rebuttal argument by Mr. Lang.

**ORDERED:**  Motion **TAKEN UNDER ADVISEMENT**.  Written opinion shall issue.

**2:42 p.m.**  **COURT IN RECESS**

**Hearing concluded**