IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Kathryn H. Vratil**

Civil Action No. 08-CV-01128 PAB-BNB

OLEA McCALL, a Colorado Resident,
GARY McCALL, a Colorado Resident,
TAMMY McCALL, a Colorado Resident, and
LILLY McCALL, a Colorado Resident,

    Plaintiffs,

vs.

SKYLAND GRAIN LLC, a Kansas Limited Liability Company,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the Stipulation For Dismissal of Plaintiffs Olea McCall, Gary McCall, Tammy McCall and Lilly McCall and Defendant Skyland Grain, LLC, finds as follows:

IT IS HEREBY ORDERED that the above-captioned complaint and action, against Defendant Skyland Grain, LLC filed therein, be dismissed with prejudice, each party to pay their own attorneys fees and costs in this action.

Dated this __19th__ day of __August__, 2010

                                              BY THE COURT:

                                              s/ Kathryn H. Vratil
                                              United States District Court Judge